**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 15, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

_____

In re:  KEPA MAUMAU,

      Movant.

No. 20-4070
(D.C. Nos. 2:15-CV-00600-TC &
2:08-CR-00758-TC-11)
(D. Utah)

_____

## ORDER

_____

Movant Kepa Maumau has filed a "Motion for Leave to File a Successive Motion Under 28 U.S.C. § 2255." We abate the motion pending resolution of the appeal pending before this court in No. 17-4155, United States v. Maumau.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk